```
 1  TIMOTHY J. MARTIN (NO. 150304)
    BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
 2  1880 Century Park East, 12th Floor
    Los Angeles, CA 90067
 3  Tel:  310-712-8300
    Fax:  310-712-8383
 4  Email: tmartin@brownraysman.com

 5  PETER BROWN (Pro Hac Vice Application Pending)
    MARNI WEISS (Pro Hac Vice Application Pending)
 6  BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
    900 Third Avenue
 7  New York, NY 10022
    Tel:  212-895-2000
 8  Fax:  212-895-2900

 9  Attorneys for Petitioner
    SOFT COMPUTER CONSULTANTS, INC.
10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFT COMPUTER CONSULTANTS, INC., a New York Corporation,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>HUNTER LABORATORIES, INC., a California Corporation,<br><br>　　　　　Respondent. | Case No. C 05-02470 JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

　　　　Peter Brown, an active member in good standing of the bar of New York, whose business address and telephone number is Brown Raysman Millstein Felder & Steiner LLP, 900 Third Avenue, New York, New York 10022, (212) 895-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing petitioner Soft Computer Consultants, Inc.

　　　　IT IS HEREBY ORDERED THAT the application is granted subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

BRMFSLA 54778v1

1  *vice*. Service of papers upon and communication with co-counsel designated in the application will
2  constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing*.

Dated: **JUN 2 8 2005**

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

BRMFSLA 54778v1