1　TIMOTHY J. MARTIN (NO. 150304)
　　BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
2　1880 Century Park East, 12th Floor
　　Los Angeles, CA 90067
3　Tel:　310-712-8300
　　Fax:　310-712-8383
4　Email:　tmartin@brownraysman.com

5　PETER BROWN (*Pro Hac Vice* Application Pending)
　　MARNI WEISS (*Pro Hac Vice* Application Pending)
6　BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
　　900 Third Avenue
7　New York, NY 10022
　　Tel:　212-895-2000
8　Fax:　212-895-2900

9　Attorneys for Petitioner
　　SOFT COMPUTER CONSULTANTS, INC.
10

11　　　　　　　　　IN THE UNITED STATES DISTRICT COURT

12　　　　　　　　FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14　SOFT COMPUTER CONSULTANTS, INC., a　)　Case No.　C 05-02470 JSW
　　New York Corporation,　　　　　　　　)
15　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Petitioner,　　　　)　[PROPOSED] ORDER GRANTING
16　　　　　　　　　　　　　　　　　　　)　APPLICATION FOR ADMISSION OF
　　vs.　　　　　　　　　　　　　　　　)　ATTORNEY *PRO HAC VICE*
17　　　　　　　　　　　　　　　　　　　)
　　HUNTER LABORATORIES, INC., a　　　　)
18　California Corporation,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
19　　　　　　　　　Respondent.　　　　　)
　　　　　　　　　　　　　　　　　　　　)
20　_____)

21

22　　　Marni Weiss, an active member in good standing of the bar of New York, whose business

23　address and telephone number is Brown Raysman Millstein Felder & Steiner LLP, 900 Third

24　Avenue, New York, New York 10022, (212) 895-2000, having applied in the above-entitled action

25　for admission to practice in the Northern District of California on a *pro hac vice* basis representing

26　petitioner Soft Computer Consultants, Inc.

27　　　IT IS HEREBY ORDERED THAT the application is granted subject to the terms and

28　conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

BRMFSLA 54779v1

1 *vice*. Service of papers upon and communication with co-counsel designated in the application will
2 constitute notice to the party. All future filings in this action are subject to the requirements
3 contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 2 8 2005

*[signature]*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

BRMFSLA 54779v1