

1  TIMOTHY J. MARTIN (NO. 150304)
   BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
2  1880 Century Park East, 12th Floor
   Los Angeles, CA 90067
3  Tel:  310-712-8300
   Fax:  310-712-8383
4  Email: tmartin@brownraysman.com

5  PETER BROWN (*Pro Hac Vice* Application Pending)
   MARNI WEISS (*Pro Hac Vice* Application Pending)
6  BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
   900 Third Avenue
7  New York, NY 10022
   Tel:  212-895-2000
8  Fax:  212-895-2900

9  Attorneys for Petitioner
   SOFT COMPUTER CONSULTANTS, INC.
10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| SOFT COMPUTER CONSULTANTS, INC., a New York Corporation, | Case No. C 05-02470 JSW |
| Petitioner, | [~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| vs. | |
| HUNTER LABORATORIES, INC., a California Corporation, | |
| Respondent. | |

22        Marni Weiss, an active member in good standing of the bar of New York, whose business

23  address and telephone number is Brown Raysman Millstein Felder & Steiner LLP, 900 Third

24  Avenue, New York, New York 10022, (212) 895-2000, having applied in the above-entitled action

25  for admission to practice in the Northern District of California on a *pro hac vice* basis representing

26  petitioner Soft Computer Consultants, Inc.

27        IT IS HEREBY ORDERED THAT the application is granted subject to the terms and

28  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

BRMFSLA 54779v1

1 | *vice.* Service of papers upon and communication with co-counsel designated in the application will
2 | constitute notice to the party. All future filings in this action are subject to the requirements
3 | contained in General Order No. 45, *Electronic Case Filing.*

Dated: **JUN 2 8 2005**

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

BRMFSLA 54779v1