IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOFT COMPUTER CONSULTANTS,

    Plaintiff,

    v.

HUNTER LABORATORIES,

    Defendant.
                                        /

No. C 05-02470 JSW

**ORDER SETTING BRIEFING SCHEDULE**

       This matter is currently set for hearing on November 4, 2005, on Plaintiff's Petition to Vacate Arbitration Award and Defendant's Motion to Dismiss or Stay. The Court HEREBY ORDERS that the parties' opposition briefs shall be due on August 19, 2005, and reply briefs, if any, shall be due on August 26, 2005.

       If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

       **IT IS SO ORDERED.**

Dated: July 28, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE