1 TIMOTHY J. MARTIN (NO. 150304)
BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
2 1880 Century Park East, 12th Floor
Los Angeles, CA 90067
3 Tel: 310-712-8300
Fax: 310-712-8383
4 Email: tmartin@brownraysman.com

5 PETER BROWN (Admitted *pro hac vice*)
MARNI WEISS (Admitted *pro hac vice*)
6 BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
900 Third Avenue
7 New York, NY 10022
Tel: 212-895-2000
8 Fax: 212-895-2900
Email: pbrown@brownraysman.com
9 Email: mweiss@brownraysman.com

10 Attorneys for Petitioner
SOFT COMPUTER CONSULTANTS, INC.
11

12 IN THE UNITED STATES DISTRICT COURT

13 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 SOFT COMPUTER CONSULTANTS, INC., a ) Case No. C 05-02470 JSW
New York Corporation,                  )
16                                      )
              Petitioner,               ) **STIPULATION AND [PROPOSED]**
17                                      ) **ORDER DISMISSING ENTIRE ACTION**
       vs.                              ) **WITH PREJUDICE**
18                                      )
HUNTER LABORATORIES, INC., a           )
19 California Corporation,              )
                                        )
20            Respondent.               )
                                        )
21 _____ )

22 ///

23 ///

24 ///

25

26

27

28

BRMFSLA 56232v1

IT IS HEREBY STIPULATED that this entire action is hereby dismissed with prejudice, with each party to bear its or his respective attorneys' fees and costs.

Dated: August 9, 2005

PETER BROWN
TIMOTHY J. MARTIN
MARNI WEISS
BROWN RAYSMAN MILLSTEIN FELDER
& STEINER LLP

By: /s/ Timothy J. Martin
Timothy J. Martin

Attorneys for Petitioner SOFT COMPUTER CONSULTANTS, INC.

Dated: August 10, 2005

JON MICHAELSON
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP

By: /s/ Jon Michaelson
Jon Michaelson

Attorneys for Respondent HUNTER LABORATORIES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 10, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

BRMFSLA 56232v1

2